UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In Re: LEVAQUIN PRODUCTS LIABILITY LITIGATION | MDL. No. 08-1943 (JRT) |
| | **ORDER GRANTING MOTION TO WITHDRAW APPEARANCE** |
| This document also relates to: Charles Epperson v. Johnson & Johnson et al. | Civil No. 08-2245 (JRT) |

_____

J. Gordon Rudd, Jr., **ZIMMERMAN REED, PLLP**, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402; Lewis Saul, **LEWIS SAUL & ASSOCIATES**, 29 Howard Street, Third Floor, New York, NY 10013; Thomas Landwerlen, **LANDWERLEN & ROTHKOPF**, 244 North College Avenue, Indianapolis, IN 46202; Kevin Fitzgerald, **LEWIS SAUL & ASSOCIATES**, 183 Middle Street, Suite 200, Portland, ME 04101; Konstantine Orfanos; **LAW OFFICE OF KONSTANTINE G ORFANOS**, 129 East Mark Street, Suite 1100, Indianapolis, IN 46204, for plaintiff.

Kevin R. Knight, May Nold Larimore, and Michael Steele, **ICE MILLER LLP,** One American Square, Suite 2900, Indianapolis, IN 46282, for defendants.

This matter is before the Court on Defendant's Motion to Withdraw as Attorney filed on April 26, 2010 [Docket no. 48].

**IT IS HEREBY ORDERED** that the motion is **GRANTED,** and the appearance of Michael C. Steele be, and hereby is, withdrawn.

DATED: April 30, 2010
at Minneapolis, Minnesota.

                                                      s/ John R. Tunheim
                                                     JOHN R. TUNHEIM
                                          United States District Judge